**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(609) 989-2182**

| | |
|---|---|
| CHAMBERS OF<br>**FREDA L. WOLFSON**<br>UNITED STATES DISTRICT JUDGE | Clarkson S. Fisher Federal Building<br>& U.S. Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

**April 5, 2012**

Re: U.S.A. vs Carl Barnett, *et al.*
   Cr. 11-452(FLW)

Dear Counsel:

   Please be advised we have scheduled an in-person status conference (counsel only) for April 20, 2012 at 11:00 a.m. in Courtroom 5E.  To ensure that things move smoothly towards trial on May 21 **(THIS IS A FIRM DATE),** it would be helpful for all of you to be aware of my trial practices and expectations. We will discuss scheduling of submissions of voir dire, jury charges, and the logistics of our trial days.  Questionnaires are currently being sent out to prospective jurors due to the length of the trial.


                              Very truly yours,


                               /s/ Freda L. Wolfson
                              FREDA L. WOLFSON
                              United States District Judge